**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

DETRICK D. CROSTON,
ADC #131172                                                                                           PLAINTIFF

v.                                       2:11-cv-00006-JMM-JTK

DANNY BURL, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants James, Henderson, Smith and Gray are dismissed without prejudice for failure to state a claim and for failure to prosecute.

IT IS SO ORDERED this 10th day of June, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE