IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DETRICK D. CROSTON,                                                                                      PLAINTIFF
ADC #131172

v.                                      2:11-cv-00006-JMM-JTK

DANNY BURL, et al                                                        DEFENDANTS

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 17th day of May, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE